ant Attorney General *Wideman,* and Messrs. *James W. Morris, J. P. Jackson,* and *H. Brian Holland* for respondent.

---

No. 83.   GREAT LAKES TRANSIT CORP. *v.* NORRIS GRAIN Co.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   Messrs. *Lawrence E. Coffey* and *David F. Rosenthal* for petitioner.   *Mr. Forrest E. Single* for respondent.

---

No. 84.   CENTRAL RAILROAD CO. OF NEW JERSEY *v.* GASSER.   October 8, 1934.   Petition for writ of certiorari to the Superior Court of Pennsylvania denied.   *Mr. George W. Aubrey* for petitioner.   *Mr. E. Burke Finnerty* for respondent.

---

No. 85.   SCHWARTZ, TRUSTEE IN BANKRUPTCY, *v.* HOLZMAN.   October 8, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Meyer Kraushaar* for petitioner.   *Mr. Louis R. Bick* for respondent.

---

Nos. 86 and 87.   THE FARMERS' LOAN & TRUST Co., TRUSTEE, ET AL. *v.* BOWERS, EXECUTOR.   October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   Messrs. *John W. Davis* and *Carl Taylor* for petitioners.   *Solicitor General Biggs, Assistant to the Attorney General Stanley, Assistant Attorney General Wideman* and Messrs. *Sewall Key, Carlton Fox* and *Erwin N. Griswold* for respondent.